**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-18946 |
|     Saunders G. Yao, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge: Pamela S. Hollis |
| | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on November 13, 2023, at 9:30am, I will appear before the Honorable A. Benjamin Goldgar, or any judge sitting in that judge's place, **either** in courtroom 642 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, or electronically as described below, and present the Motion of Kelly Custer to Reopen Case, a copy of which is attached.

**All parties in interest, including the movant, may appear for presentment of the motion either in person or electronically using Zoom for Government.**

You may appear electronically by video or by telephone.

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 500 0972 the password is 726993. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to the Motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

                                                                                                By:    /s/ E. Philip Groben
                                                                                                    One of his Attorneys

E. Philip Groben (ARDC# 6299914)
Email: pgroben@gcklegal.com
GENSBURG CALANDRIELLO & KANTER, P.C.
200 West Adams St., Ste. 2425
Chicago, Illinois 60606
Phone: 312-263-2200

Fax: 312-263-2242

## CERTIFICATE OF SERVICE

STATE OF ILLINOIS   )
                    )   SS
COUNTY OF COOK      )

E. PHILIP GROBEN, being first duly sworn on oath, deposes and stated that he served a copy of the foregoing Notice together with a copy of the Motion attached thereto on the persons named below, by either service through CM/ECF, or as otherwise indicated, on November 1, 2023.

BY: /s/ E. Philip Groben

Saunders G. Yao – Service via US Post to 5038 S. Drexel, Chicago, IL 60615
Saunders G. Yao – Service via US Post to 10001 S. Sawyer Ave., Evergreen Park, IL 60805
Thomas N. Auwers – Service via CM/ECF
Michael R. Richmond – Service via CM/ECF
Daniel M. Moulton – Notice via US Post to Law Offices of Daniel M. Moulton, 10257 S. Western Ave., Chicago, IL 60643
Patrick S. Layng – Service via CM/ECF

#### UNITED STATES BANKRUPTCY COURT
#### NORTHERN DISTRICT OF ILLINOIS
#### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 12-18946 |
|     Saunders G. Yao, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge: Pamela S. Hollis |
| | ) | |

### MOTION TO REOPEN CASE

NOW COMES Kelly Custer ("**Movant**"), by and through her attorneys, E. Philip Groben and Gensburg Calandriello & Kanter, P.C., and for this Motion to Reopen Case respectfully states as follows:

### JURISDICTION

1. This Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue lies properly in this Court pursuant to 28 U.S.C. §§1408 and 1409.

2. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

3. The statutory predicate for relief requested herein is Bankruptcy Code Section 350, Federal Bankruptcy Rule of Procedure 5010, and Local Rule 5010-1.

### PROCEDURAL BACKGROUND

4. On December 28, 1999, Movant brought suit against Saunders G. Yao ("**Debtor**") in the Circuit Court of Cook County, Illinois styled *Kelly Todar v. Saunders Yao, et al.*¸ Case No. 1999L014642 (the "**State Court Case**").

5. On April 10, 2013, the Debtor commenced this by filing a voluntary petition for relief under Chapter 7 of the Code (the "**Petition Date**").

6. Neither the Movant, nor Movant's attorneys of record in the State Court Case, were provided notice of this proceeding.

7. The last day for creditors or parties in interest to file objections to the Debtor's discharge or the dischargeability of certain debts was September 7, 2012. See, Docket No. 7.

8. On February 14, 2013, an order of discharge was entered in favor of the debtor. See, Docket No. 19.

9. On March 31, 2023, the Debtor filed another voluntary petition for relief under Chapter 7, Case No. 23-04349, Judge Timothy A. Barnes presiding.

10. Movant timely brought an Adversary Complaint within Case No. 23-04349 seeking relief under Bankruptcy Code Sections 523(a)(3) and 523(a)(2); this adversary proceeding was dismissed without prejudice on November 1, 2023, to allow the refiling as a proceeding related to the above captioned bankruptcy case.

### REQUESTED RELIEF

11. The Movant requests this Bankruptcy Case be reopened.

### BASIS FOR REQUESTED RELIEF

12. Section 350(b) of the Bankruptcy Code allows for the reopening of bankruptcy proceedings upon motion of the debtor or other party in interest. Reopening of a bankruptcy proceeding is not a necessary prerequisite to the filing of a bankruptcy proceeding to determine dischargeability of a debt because such a proceeding does not affect the administration of the bankruptcy estate. *Goldstein v. Diamond (In re Diamond)*, 509 B.R. 219 (B.A.P. 8th Cir. 2014). However, as Judge Hollis retired from the bench in 2019, reopening is necessary to facilitate the reassignment of the above captioned bankruptcy case to another judge within this Court. As such, cause exists under Section 350(b) to reopen this bankruptcy case.

13. Notice of this Motion has been provided to the Debtor at the addresses identified in the above captioned proceeding and within Case No. 23-04349 and to the Debtor's attorneys

of record in both proceedings.

      WHEREFORE, Kelly Custer respectfully requests this Court reopen the above captioned bankruptcy case, and for such other relief this Court deems just and equitable.

                                      Respectfully Submitted,

                                      Kelly Custer.

By:    /s/ E. Philip Groben
         One of her Attorneys

E. Philip Groben (ARDC# 6299914)
Email: pgroben@gcklegal.com
GENSBURG CALANDRIELLO & KANTER, P.C.
200 West Adams St., Ste. 2425
Chicago, Illinois 60606
Phone: 312-263-2200
Fax: 312-263-2242